# U.S. District Court
## U.S. District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:25−cv−01594−MJD−JFD

Walburg v. Biotronik, Inc.  
Assigned to: Judge Michael J. Davis  
Referred to: Magistrate Judge John F. Docherty  
Case in other court: Ramsey County District Court, N/A  
Cause: 28:1441 Petition for Removal − Employment Discrim

Date Filed: 04/21/2025  
Date Terminated: 10/20/2025  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Diversity

**Plaintiff**

**Jon Walburg**  represented by  **Charles N Nauen**  
Lockridge Grindal Nauen P.L.L.P.  
100 Washington Avenue South  
Suite 2200  
Minneapolis, MN 55401  
612−339−6900  
Fax: 612−339−0981  
Email: cnnauen@locklaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**David J Zoll**  
Lockridge Grindal Nauen PLLP  
100 Washington Ave S Ste 2200  
Mpls, MN 55401−2179  
612−339−6900  
Fax: 612−339−0981  
Email: djzoll@locklaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Rachel Ann Kitze Collins**  
Lockridge Grindal Nauen Pllp  
Minnesota  
100 Washington Avenue South Suite 2200  
Minneapolis, MN 55401  
612−339−6900  
Fax: 612−339−6900  
Email: rakitzecollins@locklaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Biotronik, Inc.**  represented by  **Andrew J Pieper**  
Stoel Rives LLP  
33 South Sixth Street, Ste 4200  
Mpls, MN 55402

612–373–8898  
Fax: 612–373–8881  
Email: andrew.pieper@stoel.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

Email All Attorneys  
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 04/21/2025 | 1 | NOTICE OF REMOVAL from Ramsey County District Court, case number N/A (filing fee $ 405, receipt number AMNDC–11834948) filed by Biotronik, Inc.. No summons requested. (Attachments: # 1 Exhibit(s) 1 – Summons & Complaint, # 2 Exhibit(s) 2 – Notict of Filing Notice of Removal to Federal Court, # 3 Civil Cover Sheet) (Pieper, Andrew) (Entered: 04/21/2025) |
| 04/21/2025 | 2 | **RULE 7.1 DISCLOSURE STATEMENT.** Parent corporation, publicly held corporation owning 10 percent or more of its stock, or subsidiary reported for Biotronik, Inc.. (Pieper, Andrew) (Entered: 04/21/2025) |
| 04/22/2025 | 3 | (Text−Only) CLERK'S NOTICE OF INITIAL CASE ASSIGNMENT. Case assigned to Judge John R. Tunheim per Civil (3rd, 4th – Civil Rights: Housing/Accommodations, ADA Other) list, referred to Magistrate Judge Elizabeth Cowan Wright. Please use case number 25−cv−1594 (JRT/ECW).<br><br>**Notice: All Nongovernmental Corporate Parties must file a Rule 7.1 Corporate Disclosure Statement.**<br><br>(BTX) (Entered: 04/22/2025) |
| 04/22/2025 | 4 | (Text−Only) CLERK'S NOTICE OF REASSIGNMENT DUE TO CASE ASSIGNMENT ERROR. This case is reassigned to Judge Michael J. Davis per Civil (3rd, 4th – Civil Rights) list and referred to Magistrate Judge John F. Docherty. Judge John R. Tunheim and Magistrate Judge Elizabeth Cowan Wright no longer assigned to the case. **NOTE:** the new case number is **25−cv−1594 (MJD/JFD)**. Please use this case number for all subsequent pleadings. (BTX) Modified text on 4/22/2025 (BTX). (Entered: 04/22/2025) |
| 04/22/2025 | 5 | CERTIFICATE OF SERVICE by Biotronik, Inc. re 1 Notice of Removal, 2 Rule 7.1 – Disclosure Statement (Pieper, Andrew) (Entered: 04/22/2025) |
| 04/28/2025 | 6 | MOTION to Transfer/Change Venue *Or, Alternatively, to Dismiss Without Prejudice* filed by Biotronik, Inc.. (Pieper, Andrew) (Entered: 04/28/2025) |
| 04/28/2025 | 7 | NOTICE OF HEARING ON MOTION 6 MOTION to Transfer/Change Venue *Or, Alternatively, to Dismiss Without Prejudice* : Date and time to be determined. (Pieper, Andrew) (Entered: 04/28/2025) |
| 04/28/2025 | 8 | MEMORANDUM in Support re 6 MOTION to Transfer/Change Venue *Or, Alternatively, to Dismiss Without Prejudice* filed by Biotronik, Inc.. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Pieper, Andrew) (Entered: 04/28/2025) |
| 04/28/2025 | 9 | Declaration of Andrew J. Pieper in Support of 6 MOTION to Transfer/Change Venue *Or, Alternatively, to Dismiss Without Prejudice* filed by Biotronik, Inc.. (Attachments: # 1 Exhibit(s) Exhibit 1 REDACTED)(Pieper, Andrew) (Entered: 04/28/2025) |
| 04/28/2025 | 10 | SEALED EXHIBIT Exhibit 1 re 9 Declaration in Support filed by Biotronik, Inc..(Pieper, Andrew) (Entered: 04/28/2025) |

| | | |
|---|---|---|
| 04/28/2025 | 11 | MEET and CONFER STATEMENT re 6 Motion to Transfer/Change Venue filed by Biotronik, Inc..(Pieper, Andrew) (Entered: 04/28/2025) |
| 04/28/2025 | 12 | PROPOSED ORDER TO JUDGE re 6 MOTION to Transfer/Change Venue *Or, Alternatively, to Dismiss Without Prejudice* filed by Biotronik, Inc..(Pieper, Andrew) (Entered: 04/28/2025) |
| 05/19/2025 | 13 | MEMORANDUM in Opposition re 6 MOTION to Transfer/Change Venue *Or, Alternatively, to Dismiss Without Prejudice* filed by Jon Walburg. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Kitze Collins, Rachel) (Entered: 05/19/2025) |
| 06/02/2025 | 14 | Reply to Response to Motion re 6 MOTION to Transfer/Change Venue *Or, Alternatively, to Dismiss Without Prejudice* filed by Biotronik, Inc.. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Pieper, Andrew) (Entered: 06/02/2025) |
| 10/07/2025 | 15 | MEMORANDUM OF LAW AND ORDER. IT IS HEREBY ORDERED: 1. Defendant Biotronik's Motion to Transfer Venue or, Alternatively, to Dismiss Without Prejudice 6 is GRANTED; 2. This case is transferred to the United States District Court for the District of Oregon; and 3. The Clerk of Court is directed to take all steps necessary to effectuate this transfer in an expeditious fashion. LET JUDGMENT BE ENTERED ACCORDINGLY. (Written Opinion) Signed by Judge Michael J. Davis on 10/7/2025. (GRR) (Entered: 10/07/2025) |
| 10/08/2025 | 16 | JUDGMENT (Attachments: # 1 Civil Notice – appeal)(MKB) (Entered: 10/08/2025) |