IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JON WALBURG,

    Plaintiff,

v.

BIOTRONIK, INC.,

    Defendant.

Case No. 3:25-cv-01983-AB

ORDER

**BAGGIO, District Judge:**

The Court GRANTS the parties' Stipulated Motion to Dismiss [20]. Accordingly, Plaintiff's Complaint is dismissed without prejudice. All parties shall bear their own costs, fees, and expenses.

IT IS SO ORDERED.

DATED this 25th day of November, 2025.

*/s/ Amy M. Baggio*
AMY M. BAGGIO
United States District Judge

1 – ORDER